Fill in this information to identify the case:

United States Bankruptcy Court for the: Western District of Texas

Case number (if known): ____________ Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

**1. Debtor's name** MicroTraks, Inc.

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as names*

**3. Debtor's federal Employer Identification Number (EIN)** 45-3590793

**4. Debtor's address**

Principal place of business

121 Sanibell Circle
Number Street

Madison, AL 35757
City State ZIP Code

Madison
County

Mailing address, if different from principal place of business

PO Box 6412
Number Street

Huntsville, AL 35813
City State ZIP Code

Location of principal assets, if different from principal place of business

Number Street

City State ZIP Code

**5. Debtor's website (URL)** www.microtraks.com

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: ____________

Debtor **MicroTraks, Inc.** Case number (*if known*) ____________
Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. §101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
- ☑ None of the above

B. *Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check all that apply:*
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District ____________ When ________ Case number ____________
MM / DD / YYYY

District ____________ When ________ Case number ____________
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor ____________ Relationship ____________

District ____________ When ________
MM / DD / YYYY

Case number, if known ____________

Debtor **MicroTraks, Inc.**
Name

Case number *(if known)* ____________

**11. Why is the case filed in *this* district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? ____________

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ____________

**Where is the property?** ____________
Number Street

____________

City State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency ____________

Contact name ____________

Phone ____________

## Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,000-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor **MicroTraks, Inc.**
Name

Case number *(if known)* ______

**16. Estimated liabilities**

- [ ] $0-$50,000
- [ ] $50,001-$100,000
- [ ] $100,001-$500,000
- [x] $500,001-$1 million
- [ ] $1,000,001-$10 million
- [ ] $10,000,001-$50 million
- [ ] $50,000,001-$100 million
- [ ] $100,000,001-$500 million
- [ ] $500,000,001-$1 billion
- [ ] $1,000,000,001-$10 billion
- [ ] $10,000,000,001-$50 billion
- [ ] More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ______
MM/ DD/ YYYY

X ______
Signature of authorized representative of debtor

**Michael Fregeau**
Printed name

Title **President**

**18. Signature of attorney**

X ______
Signature of attorney for debtor

Date **06/02/2025**
MM/ DD/ YYYY

**William B. Kingman**
Printed name

**Law Offices Of William B Kingman, PC**
Firm name

**3511 Broadway St.**
Number Street

**San Antonio** **TX** **78209**
City State ZIP Code

______
Contact phone

______
Email address

______
Bar number

______
State

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

**Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11**

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is ________________.

2. The following financial data is the latest available information and refers to the debtor's condition on ________________.

a. Total assets **$178,290.59**

b. Total debts (including debts listed in 2.c., below) **$820,320.40**

c. Debt securities held by more than 500 holders

| | | Approximate number of holders: |
|---|---|---|
| secured ☐ unsecured ☐ subordinated ☐ | ____________ | ________ |
| secured ☐ unsecured ☐ subordinated ☐ | ____________ | ________ |
| secured ☐ unsecured ☐ subordinated ☐ | ____________ | ________ |
| secured ☐ unsecured ☐ subordinated ☐ | ____________ | ________ |
| secured ☐ unsecured ☐ subordinated ☐ | ____________ | ________ |
| d. Number of shares of preferred stock | | ________ |
| e. Number of shares common stock | | ________ |

Comments, if any: ________________________________________________

3. Brief description of debtor's business ________________________________________________

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

________________________________________________

Fill in this information to identify the case:

Debtor name MicroTraks, Inc.

United States Bankruptcy Court for the: Western District of Texas

Case number (if known): ____________

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)
- ☐ *Amended Schedule* ____________
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration ____________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 06/02/2025
MM/ DD/ YYYY

Taxpayer ID-45-3590793

X [signature]
Signature of individual signing on behalf of debtor

Michael Fregeau
Printed name

President
Position or relationship to debtor

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE: **MicroTraks, Inc.**

CASE NO

CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date **06/02/2025** Signature ____________________

Michael Fregeau, President

**David Gragg**
Langley & Banack
745 E. Mulberry Suite 700
San Antonio, TX 78212

**Derek Timmons and JJMI, LLC**
425 Highway 2900
Kingsland, TX 78639

**Dickinson Wright PLLC**
607 W. 3rd St. Suite 2500
Austin, TX 78701

**FedEx Logistics**
555 Riverwalk Parkway
Tonawanda, NY 14150

**Francisco Quiros**
18 Wildflower Dr.
Amherst, MA 01002

**Internal Revenue Service**
c/o Centralized Insolvency Office
P.O. Box 7346
Philadelphia, PA 19101-7346

**John Jackson**
310 Smithview Dr.
Chesnee, SC 29323

**Tatanka, LLC**
c/o James Stroud
5949 Sherry Lane Suite 960
Dallas, TX 75225

**Transworld Leasing Corporation**
21403 IH 10 West
San Antonio, TX 78257

**United States Trustee**
903 San Jacinto, Suite 230
Austin, TX 78701

# United States Bankruptcy Court
## Western District of Texas

In re **MicroTraks, Inc.** Debtor(s)

Case No. ____________

Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **MicroTraks, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

---

☑ None [*Check if applicable*]

**06/02/2025**
Date

**William B. Kingman**
Signature of Attorney or Litigant
Counsel for **MicroTraks, Inc.**

**Law Offices Of William B Kingman, PC**
**3511 Broadway St.**
**San Antonio, TX 78209**
**Phone: (210) 829-1199**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE:
**MicroTraks, Inc.**

CHAPTER **11**

DEBTOR(S)

CASE NO

**LIST OF EQUITY SECURITY HOLDERS**

| Registered Name of Holder of Security<br>Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| **Mike Fregeau**<br>mike@mirotraks.com | Shares | 32,967 | Capital $330 |
| **Francisco Quiros**<br>francisco@microtraks.com | Shares | 11,845 | Capital $118 |
| **Andrew Coe**<br>andy@mirotraks.com | Shares | 3,155 | Capital $32 |
| **Mindy Sanders** | Shares | 200 | Capital $2 |
| **Rick Smith** | Shares | 200 | Capital $2 |
| **Wildlife Partners, LLC**<br>chris@wildlifepartners.com | Shares | 50,400 | Capital $60,000 |
| **Lonnie Kitt**<br>lonniejkitt@gmail.com | Shares | 833 | Capital $500,000 |
| **Will Stroud**<br>wstroud@stroudcompanies.com | Shares | 400 | Capital $240,000 |
| **Donald Hotter**<br>donselectricinc@icloud.com | Shares | 200 | Capital $120,000 |
| **JBA Alvarado Holdings, LLC**<br>trust-managers@outlook.com | Shares | 5,759 | Capital $3,000,258 |
| **NST Strategies LLC**<br>mswartz86@gmail.com | Shares | 96 | Capital $50,012 |
| **Brent Stiehl**<br>drstiehl@stiehldental.com | Shares | 576 | Capital $300,073 |
| **Solomon Fund I, LP**<br>chad@wealthbuilders.net | Shares | 3,686 | Capital $1,599,991 |
| **Collin Shelly**<br>collinshelly7@yahoo.com | Shares | 37 | Capital $219 |
| **Aaron Fregeau**<br>aaron.fregeau@gmail.com | Shares | 1,312 | Capital $6,560 |

**DECLARATION UNDER PENALTY OF PERJURY**
**ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the **President** of the **Nonpublic Corporation** named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: 06/02/2025 Signature: ______________________

Michael Fregeau, President